## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ZOALEE and CALVIN HAYES** | * | **CIVIL ACTION NO.** |
| | * | |
| Plaintiffs, | * | **3:17-cv-01167-JWD-RLB** |
| vs. | * | |
| | * | |
| **AMERICAN STRATEGIC** | * | |
| **INSURANCE CORPORATION** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| **C/W** | * | |
| | * | |
| **ROBERT H. FERGUSON** | * | **CIVIL ACTION NO.** |
| | * | |
| Plaintiffs, | * | **3:17-cv-01394-JWD-RLB** |
| vs. | * | |
| | * **This Pleading Applies To** | |
| **AMERICAN STRATEGIC** | * **Ferguson v. ASI, C.A. No.** | |
| **INSURANCE CORPORATION** | * **3:17-cv-01394-JWD-RLB** | |
| | * | |
| Defendant. | * | |
| | * | |

### AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, AMERICAN STRATEGIC INSURANCE CORPORATION

NOW INTO COURT, through undersigned counsel, comes Defendant, American Strategic Insurance Corporation, in its capacity as a Write-Your-Own ("WYO") Program carrier participating in the National Flood Insurance Program ("NFIP"), in compliance with the Federal Rule of Civil Procedure Rule 7.1 files this Amended Corporate Disclosure Statement updating ownership interests of Defendant to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal.

I hereby disclose the following pursuant to Rule 7.1:

1) American Strategic Insurance Corporation is a subsidiary of ARX Holding Corporation. ARX Holding Corporation is majority-owned by The Progressive Corporation, which is publicly traded on the New York Stock Exchange (PGR).

Additionally, ARX Executive Holdings, LLLP owns 12.17% of American Strategic Insurance Corporation. ARX Executive Holdings, LLLP is not publicly traded.

Please note that the Defendant is appearing herein in its "fiduciary"[1] capacity as the "fiscal agent of the United States,"[2] as a Write-Your-Own Program Carrier participating in the NFIP. *See* 42 U.S.C. § 4001, *et. seq.* Further, please note that all flood claims are paid with U.S. Treasury funds. *See* 42 U.S.C. § 4017 and 44 C.F.R. § 62.23(i)(1).

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflicts of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: October 5, 2018

                    Respectfully submitted,

                    **NIELSEN & TREAS, LLC**

                    */s/ William R. DeJean*
                    William R. DeJean, Esq., T.A., LSBA No. 22762
                    3838 North Causeway Boulevard, Suite 2850
                    Metairie, Louisiana 70002
                    P: 504-837-2500; F: 504-832-9165
                    Email: wdejean@nct-law.com
                    *Counsel for Defendant, American Strategic Insurance Corporation*

---

[1] 44 C.F.R. § 62.23(f).
[2] 42 U.S.C. § 4071(a)(1); *See also*, *Van Holt v. Liberty Mutual Fire Ins. Co.*, 163 F.3d 161, 166 (3rd Cir. 1998).

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2018, copies of this pleading have been served upon all parties or their attorneys contemporaneously with or before the filing of this pleading, in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), using the CM/ECF system, which will send notice of electronic filing as follows:

      Rajan Pandit
      Jason M. Baer
      Casey C. Dereus
      Pandit Law Firm, LLC
      701 Poydras Street, Suite 3950
      New Orleans, Louisiana 70139
      *Counsel for Plaintiffs*

                                      */s/ William R. DeJean*
                                      William R. DeJean